No. 46,839

RICHARD E. GOODWIN, *Appellant*, v. KANSAS POWER AND LIGHT COMPANY, a Corporation, and COUNTRY CLUB PLAZA, INC., a Corporation, *Appellees*.

(506 P. 2d 1115)

Opinion filed March 7, 1973.

*William E. Enright,* of Scott, Quinlan and Hecht, of Topeka, argued the cause, and *George A. Scott,* of the same firm, was with him on the brief for the appellant.

*Charles S. Fisher, Jr.,* of Fisher and Benfer, Chartered, of Topeka, argued the cause, and *Robert D. Ochs,* of the same firm was with him on the brief for appellee Kansas Power and Light Company.

*Herbert A. Marshall,* of Marshall, Hawks, McKinney and Hendrix, of Topeka, argued the cause and was on the brief for appellee Country Club Plaza, Inc.

*Per Curiam:* In this negligence action plaintiff appeals from summary judgment rendered against him.

One member of the court has disqualified himself from participation in the appeal. The remaining six members are equally divided as to how the appeal should be decided. Under these circumstances the judgment of the trial court must stand (*Tramill v. Holland,* 210 Kan. 180, 499 P. 2d 1075; *Mobil Oil Corporation v. Fairfax Drainage District,* 211 Kan. 9, 505 P. 2d 687).

Judgment affirmed.

FONTRON, J., not participating.